AO 121 (6/90)

| TO:<br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ~ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210      05-11100 NG |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>MOTOWN RECORD COMPANY, L.P.; WARNER BROS. RECORDS INC.; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORP.; CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and BMG MUSIC | DEFENDANT<br>DOES 1 - 6 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**Exhibit A**

**Doe #1 (130.64.159.11 2005-04-30 03:23:54 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | matchbox twenty | Crutch | Mad Season | 305-708 |
| Atlantic Recording Corporation | matchbox twenty | Last Beautiful Girl | Mad Season | 305-708 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | U2 | So Cruel | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Have You Ever | Morning View | 306-181 |

**Exhibit A**

**Doe #2 (130.64.153.175 2005-05-06 03:10:35 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Porcelain | Californication | 174-922 |
| BMG Music | Dave Matthews Band | Dancing Nancies | Under the Table and Dreaming | 285-688 |
| BMG Music | Dave Matthews Band | Everyday | Everyday | 300-313 |

**Exhibit A**

**Doe #3 (130.64.130.153 2005-04-30 04:07:09 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Tripping Billies | Crash | 212-572 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Out From Under | Make Yourself | 278-818 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| Capitol Records, Inc. | Radiohead | Bends | The Bends | 280-260 |
| Capitol Records, Inc. | Beastie Boys | The Negotiation Limerick File | Hello Nasty | 277-731 |

**Exhibit A**

## Doe #4 (130.64.135.164 2005-04-30 09:24:24 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Even Flow | Ten | 137-787 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |

**Exhibit A**

**Doe #5 (130.64.136.144 2005-04-30 18:21:10 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Godsmack | Voodoo | Godsmack | 241-879 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Daughter | Vs. | 207-219 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | II | 196-004 |

**Exhibit A**

## Doe #6 (130.64.151.102 2005-05-05 12:18:28 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Capitol Records, Inc. | Radiohead | Street Spirit (Fade Out) | The Bends | 280-260 |
| Arista Records LLC | Dido | Hunter | No Angel | 289-904 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Parallel Universe | Californication | 174-922 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | 11 am | Morning View | 306-181 |