**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,**       )<br>    **Plaintiffs,**                                              )<br>                                                                   )<br>    v.                                                         )<br>                                                                   )<br>**DOES 1-4,**                                                )<br>    **Defendants.**                                         ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| SONY BMG MUSIC ENTERTAINMENT,       )<br>et al.,                                                          )<br>    Plaintiffs,                                              )<br>                                                                   )<br>    v.                                                         )<br>                                                                   )<br>DOES 1-2,                                                 )<br>    Defendants.                                          ) | C.A. No. 05-11099-NG |
| MOTOWN RECORD COMPANY, et al.,       )<br>    Plaintiffs,                                              )<br>                                                                   )<br>    v.                                                         )<br>                                                                   )<br>DOES 1-6,                                                 )<br>    Defendants.                                          ) | C.A. No. 05-11100-NG |
| ARTISTA RECORDS LLC, et al.,                  )<br>    Plaintiffs,                                              )<br>                                                                   )<br>    v.                                                         )<br>                                                                   )<br>DOES 1-8,                                                 )<br>    Defendants.                                          ) | C.A. No. 05-11101-NG |
| ELEKTRA ENTERTAINMENT GROUP INC.,  )<br> et al.,                                                        )<br>    Plaintiffs,                                              )<br>                                                                   )<br>    v.                                                         )<br>                                                                   )<br>JOHN DOE,                                                 )<br>    Defendant.                                            ) | C.A. No. 05-11102-NG |

GERTNER, D.J.:

## ORDER OF CONSOLIDATION
### June 1, 2005

Civil actions **2005-11099-NG, 2005-11100-NG, 2005-11101-NG, and 2005-11102-NG** are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: June 1, 2005**          <u> s/ NANCY GERTNER U.S.D.J. </u>